Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| | |
|---|---|
| In re Debtor(s):<br><br>Oscar Joseph Martinez | Case No.: 82–53887 SLJ 11<br>Chapter: 11 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Fund Locator Dilks & Knopik LLC, Creditor Gary Martin Hindenes        CLAIM: 1428.96

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
☐ The Affidavit was not submitted.
☐ The Affidavit was not signed.
☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☑ Other: Per phone message to B. Dilks on 3/26, please provide info on public records/court records search.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 3/9/2015 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to:
U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Toni Taylor

Dated: 2/5/15            For the Court:

                         Edward J. Emmons
                         Clerk of Court
                         United States Bankruptcy Court

                         By: Toni Taylor
                             (415)268–2335
                             Toni_Taylor@canb.uscourts.gov