Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| | |
|---|---|
| **In re Debtor(s):** <br><br> Oscar Joseph Martinez | Case No.: 82–53887 SLJ 11 <br> Chapter: 11 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Fund Locator Dilks & Knopik LLC, Creditor Gary Martin Hindenes   CLAIM: 1428.96

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☑ Other: Please provide documentation/affidavit to support Mr. Hindenes claim that he is the same person listed on the Trustee's Notice of Unclaimed Dividends.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 4/23/2016 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Chris Gundayao

Dated: <u>3/23/16</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
(415)268–2344
Chris_Gundayao@canb.uscourts.gov