

The following constitutes
the order of the court. Signed May 20, 2016

*signature*

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Oscar Martinez

Case No: 82-53887

Debtor(s)

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check(s) made payable to Gary Martin Hindenes, in the amount of $1,428.96 was not cashed within the 90 day limit and an unclaimed money report was entered on 11/23/1993 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Gary Martin Hindenes C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,428.96, to:

Gary Martin Hindenes
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216.

**\*\*End of Order\*\***
**\*\*No Service List Requested\*\***